

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00247-CV

## IN RE RHONDA LEE COUGOT

### Original Proceeding

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 9276PR**

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus is denied. Relator's Motion for Emergency Stay is dismissed as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied; motion dismissed
Opinion delivered and filed September 29, 2021
[OT06]

